816 A.2d 151

IN THE MATTER OF PAUL W. SONSTEIN, FORMERLY A
JUDGE OF THE CHERRY HILL MUNICIPAL COURT

February 28, 2003.

ORDER

The Advisory Committee on Judicial Conduct having filed a
presentment recommending that **PAUL W. SONSTEIN,** formerly
a Judge of the Municipal Court of Cherry Hill, be censured for
violations of Canons 1 (*A Judge Should Uphold the Integrity and
Independence of the Judiciary*), 2A and 2B (*A Judge Should
Avoid Impropriety and the Appearance of Impropriety in All
Activities*) of the *Code of Judicial Conduct,* and *Rule* 2:15–
8(a)(6)(engaging in conduct prejudicial to the administration of
justice that brings the judicial office into disrepute);

And respondent, through counsel, having waived his right to a
hearing before the Supreme Court and having consented to the
imposition of the sanction recommended by the Advisory Commit-
tee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Commit-
tee on Judicial Conduct is adopted and **PAUL W. SONSTEIN** is
hereby censured.